UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAYMOND M. MILLIGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3: 05-CV-2028-B |
| | § | ECF |
| MINYARD FOOD STORES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court, having considered the Joint Motion of the Parties to File Documents Under Seal and Supporting Memorandum of Law (doc. 18) is of the opinion the motion has merit and should be **GRANTED**.

IT IS THEREFORE ORDERED that the parties be permitted to file under seal the confidential settlement agreement between them.

SO ORDERED.

SIGNED August 11th, 2006

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE